

| CO | File # | 000000-000000 |
|---|---|---|
| PCSC40 | 000015107 | |

# Earnings Statement

Arkema Inc
900 First Avenue   Building 4
King of Prussia  PA  19406

Page 001 of 001
Period Ending:     07/11/2018
Advice Date:       07/13/2018
Advice Number:     0001213095
Batch Number:      000000000619

Sean N SINCLAIR
3307 Sheldon Avenue
Bristol PA 19007

Exemptions/Allowances
Federal              M 02
Additional amount    15.00
Pennsylvania         S 00
Bristol Township     S 00

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Salary | | 80.00 | 3509.62 | 49134.68 |
| AddPayEx | | | 526.44 | 2919.01 |
| Insur50K | | | 1.74 | 23.56 |
| ESPPDisc | | | 157.65 | 945.90 |
| FrESPPIm | | | 126.63 | 633.15 |
| AIP-M | | | | 3850.00 |
| Gross Pay | | | 4036.06 | 56403.69 |

**Pretax deductions**

| | | | This Period | Year-to-Date |
|---|---|---|---|---|
| Medical EE pre-tax | | | 156.00- | 2184.00- |
| Dental EE pre-tax | | | 8.31- | 116.34- |
| Vision EE pre-tax | | | 4.78- | 66.92- |
| Opt EE AD&D pre-tax | | | 1.77- | 24.48- |
| Spouse AD&D pre-tax | | | 1.33- | 18.37- |
| Fidelity 401k EE pre-tax | | | | 2831.57- |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Federal Withholding Tax | 471.82- | 5791.39- |
| Social Security Tax | 257.29- | 3446.96- |
| Medicare Tax | 60.17- | 806.14- |
| W/H Pennsylvania | 127.44- | 1707.37- |
| SUI Pennsylvania | 2.59- | 34.80- |
| W/H Bucks/Bristol Township | 20.76- | 278.06- |
| LST Bucks/Bristol Township | 2.00- | 28.00- |

**Other deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Optional EE Life aft-tax | 8.62- | 119.03- |
| Spouse Life after-tax | 9.29- | 128.41- |
| UW of Bucks Co - Bristol | 3.00- | 42.00- |
| 2018 Stock Loan Deduction | 97.04- | 582.24- |

**Other Benefits and Information**

| | This Period | Year-to-Date |
|---|---|---|
| 401K Loan Deducti | 53.89- | 754.46- |
| 401K Loan Deducti | 154.75- | 2166.50- |
| 2016 Stock Loan D | | 706.06- |

**Other benefits**

| | | Year-to-Date |
|---|---|---|
| Fidelity 401k ER | | 1954.27 |
| 401k non-union 5% | | 2618.38 |

**Gross to net data**

| | This Period | Year-to-Date |
|---|---|---|
| Earnings | 4036.06 | 55903.69 |
| Pre-tax deduction | 172.19- | 5241.68- |
| Taxes | 942.07- | 12092.72- |
| Other deductions | 326.59- | 4498.70- |
| Net pay | 2595.21 | 34570.59 |

**Taxable earnings summary**

| | This Period | Year-to-Date |
|---|---|---|
| W/H Federal | 4149.89 | 52764.62 |
| W/H Pennsylvania | 4151.25 | 55615.48 |
| W/H Bristol Towns | 4151.25 | 55615.48 |
| Soc Security Tax | 4149.89 | 55596.19 |
| Medicare Tax | 4149.89 | 55596.19 |
| SUI Pennsylvania | 4322.08 | 58006.30 |
| LST Bristol Towns | 3498.18 | 48213.32 |

© 2002 AutomaticData Processing (PCSUVO)

Arkema Inc
900 First Avenue   Building 4
King of Prussia  PA  19406

Advice Number:    0001213095
Advice Date:      07/13/2018

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Sean N SINCLAIR | XXXXXX3697 | 80.00 |
| | XXX4012 | 100.00 |
| | XXXXXX6792 | 2415.21 |



| CO | File # | 000000-000000 |
|---|---|---|
| PCSC40 | 000015107 | |

# Earnings Statement

**Arkema Inc**
900 First Avenue   Building 4
King of Prussia   PA   19406

Page 001 of 001
Period Ending: 06/27/2018
Advice Date: 06/29/2018
Advice Number: 0001206645
Batch Number: 000000000617

Sean N SINCLAIR
3307 Sheldon Avenue
Bristol PA 19007

| Exemptions/Allowances | |
|---|---|
| Federal | M 02 |
| Additional amount | 15.00 |
| Pennsylvania | S 00 |
| Bristol Township | S 00 |

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Salary | | 80.00 | 3509.62 | 45625.06 |
| Insur50K | | | 1.74 | 21.82 |
| ESPPDisc | | | 157.65 | 788.25 |
| FrESPPIm | | | 126.63 | 506.52 |
| AddPayEx | | | | 2392.57 |
| AIP-M | | | | 3850.00 |
| Gross Pay | | | 3509.62 | 52367.63 |

**Pretax deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Medical EE pre-tax | 156.00- | 2028.00- |
| Dental EE pre-tax | 8.31- | 108.03- |
| Vision EE pre-tax | 4.78- | 62.14- |
| Opt EE AD&D pre-tax | 1.77- | 22.71- |
| Spouse AD&D pre-tax | 1.33- | 17.04- |
| Fidelity 401k EE pre-tax | | 2831.57- |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Federal Withholding Tax | 356.00- | 5319.57- |
| Social Security Tax | 224.65- | 3189.67- |
| Medicare Tax | 52.54- | 745.97- |
| W/H Pennsylvania | 111.28- | 1579.93- |
| SUI Pennsylvania | 2.28- | 32.21- |
| W/H Bucks/Bristol Township | 18.12- | 257.30- |
| LST Bucks/Bristol Township | 2.00- | 26.00- |

**Other deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Optional EE Life aft-tax | 8.62- | 110.41- |
| Spouse Life after-tax | 9.29- | 119.12- |
| UW of Bucks Co - Bristol | 3.00- | 39.00- |
| 2018 Stock Loan Deduction | 97.04- | 485.20- |

**Other Benefits and Information**

| | This Period | Year-to-Date |
|---|---|---|
| 401K Loan Deducti | 53.89- | 700.57- |
| 401K Loan Deducti | 154.75- | 2011.75- |
| 2016 Stock Loan D | | 706.06- |

**Other benefits**

| | This Period | Year-to-Date |
|---|---|---|
| Fidelity 401k ER | | 1954.27 |
| 401k non-union 5% | 2618.38 | 2618.38 |

**Gross to net data**

| | This Period | Year-to-Date |
|---|---|---|
| Earnings | 3509.62 | 51867.63 |
| Pre-tax deduction | 172.19- | 5069.49- |
| Taxes | 766.87- | 11150.65- |
| Other deductions | 326.59- | 4172.11- |
| Net pay | 2243.97 | 31975.38 |

**Taxable earnings summary**

| | This Period | Year-to-Date |
|---|---|---|
| W/H Federal | 3623.45 | 48614.73 |
| W/H Pennsylvania | 3624.81 | 51464.23 |
| W/H Bristol Towns | 3624.81 | 51464.23 |
| Soc Security Tax | 3623.45 | 51446.30 |
| Medicare Tax | 3623.45 | 51446.30 |
| SUI Pennsylvania | 3795.64 | 53684.22 |
| LST Bristol Towns | 3498.18 | 44715.14 |

© 2002 Automatic Data Processing (PCSUVO)

---

**Arkema Inc**
900 First Avenue   Building 4
King of Prussia   PA   19406

Advice Number: 0001206645
Advice Date: 06/29/2018

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Sean N SINCLAIR | XXXXXX3697 | 80.00 |
| | XXX4012 | 100.00 |
| | XXXXXX6792 | 2063.97 |



| CO      File #       000000-000000 |
| PCSC40  000015107 |

# Earnings Statement

**Arkema Inc**
900 First Avenue   Building 4
King of Prussia  PA  19406

Page 001 of 001
Period Ending:   06/13/2018
Advice Date:     06/15/2018
Advice Number:   0001200205
Batch Number:    000000000615

| Exemptions/Allowances | |
|---|---|
| Federal | M 02 |
| Additional amount | 15.00 |
| Pennsylvania | S 00 |
| Bristol Township | S 00 |

Sean N SINCLAIR
3307 Sheldon Avenue
Bristol PA 19007

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Salary | | 80.00 | 3509.62 | 42115.44 |
| Insur50K | | | 1.74 | 20.08 |
| ESPPDisc | | | 157.65 | 630.60 |
| FrESPPIm | | | 126.63 | 379.89 |
| AddPayEx | | | | 2392.57 |
| AIP-M | | | | 3850.00 |
| **Gross Pay** | | | **3509.62** | **48858.01** |

**Pretax deductions**

| | | |
|---|---|---|
| Medical EE pre-tax | 156.00- | 1872.00- |
| Dental EE pre-tax | 8.31- | 99.72- |
| Vision EE pre-tax | 4.78- | 57.36- |
| Opt EE AD&D pre-tax | 1.77- | 20.94- |
| Spouse AD&D pre-tax | 1.33- | 15.71- |
| Fidelity 401k EE pre-tax | 245.67- | 2831.57- |

**Taxes**

| | | |
|---|---|---|
| Federal Withholding Tax | 326.52- | 4963.57- |
| Social Security Tax | 224.66- | 2965.02- |
| Medicare Tax | 52.54- | 693.43- |
| W/H Pennsylvania | 111.28- | 1468.65- |
| SUI Pennsylvania | 2.27- | 29.93- |
| W/H Bucks/Bristol Township | 18.12- | 239.18- |
| LST Bucks/Bristol Township | 2.00- | 24.00- |

**Other deductions**

| | | |
|---|---|---|
| Optional EE Life aft-tax | 8.62- | 101.79- |
| Spouse Life after-tax | 9.29- | 109.83- |
| UW of Bucks Co - Bristol | 3.00- | 36.00- |
| 2018 Stock Loan Deduction | 97.04- | 388.16- |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| 401K Loan Deducti | 53.89- | 646.68- |
| 401K Loan Deducti | 154.75- | 1857.00- |
| 2016 Stock Loan D | | 706.06- |

**Other benefits**

| | | |
|---|---|---|
| Fidelity 401k ER | 140.38 | 1954.27 |

**Gross to net data**

| | | |
|---|---|---|
| Earnings | 3509.62 | 48358.01 |
| Pre-tax deduction | 417.86- | 4897.30- |
| Taxes | 737.39- | 10383.78- |
| Other deductions | 326.59- | 3845.52- |
| Net pay | 2027.78 | 29731.41 |

**Taxable earnings summary**

| | | |
|---|---|---|
| W/H Federal | 3377.78 | 44991.28 |
| W/H Pennsylvania | 3624.81 | 47839.42 |
| W/H Bristol Towns | 3624.81 | 47839.42 |
| Soc Security Tax | 3623.45 | 47822.85 |
| Medicare Tax | 3623.45 | 47822.85 |
| SUI Pennsylvania | 3795.64 | 49888.58 |
| LST Bristol Towns | 3498.18 | 41216.96 |

© 2002 AutomaticData Processing (PCSUV0)

---

**Arkema Inc**
900 First Avenue   Building 4
King of Prussia PA 19406

Advice Number:   0001200205
Advice Date:     06/15/2018

*This is not a check*

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Sean N SINCLAIR | XXXXXX3697 | 80.00 |
| | XXX4012 | 339.00 |
| | XXXXXX6792 | 1608.78 |

**ARKEMA**

CO    File #    000000-000000
PCSC40  000015107

Arkema Inc
900 First Avenue    Building 4
King of Prussia  PA  19406

# Earnings Statement

Page  001 of 001
Period Ending:    05/30/2018
Advice Date:      06/01/2018
Advice Number:    0001193793
Batch Number:     000000000613

Sean N SINCLAIR
3307 Sheldon Avenue
Bristol PA 19007

Exemptions/Allowances
| | |
|---|---|
| Federal | M 02 |
| Additional amount | 15.00 |
| Pennsylvania | S 00 |
| Bristol Township | S 00 |

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Salary | | 80.00 | 3509.62 | 38605.82 |
| Insur50K | | | 1.74 | 18.34 |
| ESPPDisc | | | 157.65 | 472.95 |
| FrESPPIm | | | 126.63 | 253.26 |
| AddPayEx | | | | 2392.57 |
| AIP-M | | | | 3850.00 |
| Gross Pay | | | 3509.62 | 45348.39 |

**Pretax deductions**
| | | |
|---|---|---|
| Medical EE pre-tax | 156.00- | 1716.00- |
| Dental EE pre-tax | 8.31- | 91.41- |
| Vision EE pre-tax | 4.78- | 52.58- |
| Opt EE AD&D pre-tax | 1.77- | 19.17- |
| Spouse AD&D pre-tax | 1.33- | 14.38- |
| Fidelity 401k EE pre-tax | 245.67- | 2585.90- |

**Taxes**
| | | |
|---|---|---|
| Federal Withholding Tax | 326.52- | 4637.05- |
| Social Security Tax | 224.65- | 2740.36- |
| Medicare Tax | 52.54- | 640.89- |
| W/H Pennsylvania | 111.28- | 1357.37- |
| SUI Pennsylvania | 2.28- | 27.66- |
| W/H Bucks/Bristol Township | 18.12- | 221.06- |
| LST Bucks/Bristol Township | 2.00- | 22.00- |

**Other deductions**
| | | |
|---|---|---|
| Optional EE Life aft-tax | 8.62- | 93.17- |
| Spouse Life after-tax | 9.29- | 100.54- |
| UW of Bucks Co - Bristol | 3.00- | 33.00- |
| 2018 Stock Loan Deduction | 97.04- | 291.12- |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| 401K Loan Deducti | 53.89- | 592.79- |
| 401K Loan Deducti | 154.75- | 1702.25- |
| 2016 Stock Loan D | | 706.06- |

**Other benefits**
| | | |
|---|---|---|
| Fidelity 401k ER | 140.38 | 1813.89 |

**Gross to net data**
| | | |
|---|---|---|
| Earnings | 3509.62 | 44848.39 |
| Pre-tax deduction | 417.86- | 4479.44- |
| Taxes | 737.39- | 9646.39- |
| Other deductions | 326.59- | 3518.93- |
| Net pay | 2027.78 | 27703.63 |

**Taxable earnings summary**
| | | |
|---|---|---|
| W/H Federal | 3377.78 | 41613.50 |
| W/H Pennsylvania | 3624.81 | 44214.61 |
| W/H Bristol Towns | 3624.81 | 44214.61 |
| Soc Security Tax | 3623.45 | 44199.40 |
| Medicare Tax | 3623.45 | 44199.40 |
| SUI Pennsylvania | 3795.64 | 46092.94 |
| LST Bristol Towns | 3498.18 | 37718.78 |

© 2002 AutomaticData Processing (PCSUV0)

---

**ARKEMA**

Arkema Inc
900 First Avenue    Building 4
King of Prussia  PA  19406

Advice Number:    0001193793
Advice Date:      06/01/2018

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Sean N SINCLAIR | XXXXXX3697 | 80.00 |
| | XXX4012 | 339.00 |
| | XXXXXX6792 | 1608.78 |



```
CO      File #           000000-000000
PCSC40  000015107
```

# Earnings Statement

**ARKEMA**

Arkema Inc
900 First Avenue    Building 4
King of Prussia   PA  19406

Page 001 of 001
Period Ending:      05/16/2018
Advice Date:        05/18/2018
Advice Number:      0001187420
Batch Number:       000000000611

Sean  N  SINCLAIR
3307  Sheldon  Avenue
Bristol  PA  19007

| Exemptions/Allowances | | |
|---|---|---|
| Federal | M | 02 |
| Additional amount | | 15.00 |
| Pennsylvania | S | 00 |
| Bristol Township | S | 00 |

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Salary | | 80.00 | 3509.62 | 35096.20 |
| AddPayEx | | | 1359.97 | 2392.57 |
| Insur50K | | | 1.74 | 16.60 |
| ESPPDisc | | | 157.65 | 315.30 |
| FrESPPIm | | | 126.63 | 126.63 |
| AIP-M | | | | 3850.00 |
| Gross Pay | | | 4869.59 | 41838.77 |

**Pretax deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Medical EE pre-tax | 156.00- | 1560.00- |
| Dental EE pre-tax | 8.31- | 83.10- |
| Vision EE pre-tax | 4.78- | 47.80- |
| Opt EE AD&D pre-tax | 1.77- | 17.40- |
| Spouse AD&D pre-tax | 1.33- | 13.05- |
| Fidelity 401k EE pre-tax | 340.87- | 2340.23- |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Federal Withholding Tax | 614.29- | 4310.53- |
| Social Security Tax | 308.97- | 2515.71- |
| Medicare Tax | 72.26- | 588.35- |
| W/H Pennsylvania | 153.03- | 1246.09- |
| SUI Pennsylvania | 3.09- | 25.38- |
| W/H Bucks/Bristol Township | 24.92- | 202.94- |
| LST Bucks/Bristol Township | 2.00- | 20.00- |

**Other deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Optional EE Life aft-tax | 8.62- | 84.55- |
| Spouse Life after-tax | 9.29- | 91.25- |
| UW of Bucks Co - Bristol | 6.00- | 30.00- |
| 2018 Stock Loan Deduction | 97.04- | 194.08- |

**Other Benefits and Information**

| | This Period | Year-to-Date |
|---|---|---|
| 401K Loan Deducti | 53.89- | 538.90- |
| 401K Loan Deducti | 154.75- | 1547.50- |
| 2016 Stock Loan D | | 706.06- |

**Other benefits**

| | This Period | Year-to-Date |
|---|---|---|
| Fidelity 401k ER | 194.78 | 1673.51 |

**Gross to net data**

| | This Period | Year-to-Date |
|---|---|---|
| Earnings | 4869.59 | 41338.77 |
| Pre-tax deduction | 513.06- | 4061.58- |
| Taxes | 1178.56- | 8909.00- |
| Other deductions | 329.59- | 3192.34- |
| Net pay | 2848.38 | 25675.85 |

**Taxable earnings summary**

| | This Period | Year-to-Date |
|---|---|---|
| W/H Federal | 4642.55 | 38235.72 |
| W/H Pennsylvania | 4984.78 | 40589.80 |
| W/H Bristol Towns | 4984.78 | 40589.80 |
| Soc Security Tax | 4983.42 | 40575.95 |
| Medicare Tax | 4983.42 | 40575.95 |
| SUI Pennsylvania | 5155.61 | 42297.30 |
| LST Bristol Towns | 3498.18 | 34220.60 |

© 2002 AutomaticData Processing (PCSUVO)

---

**ARKEMA**

Arkema Inc
900 First Avenue    Building 4
King of Prussia   PA  19406

Advice Number:   0001187420
Advice Date:     05/18/2018

*THIS IS NOT A CHECK*

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Sean N SINCLAIR | XXXXXX3697 | 80.00 |
| | XXX4012 | 339.00 |
| | XXXXXX6792 | 2429.38 |

CO   File #   000000-000000
PCSC40 000015107



# Earnings Statement

Arkema Inc
900 First Avenue   Building 4
King of Prussia   PA   19406

Page   001 of 001
Period Ending:   05/02/2018
Advice Date:     05/04/2018
Advice Number:   0001181032
Batch Number:    000000000607

Exemptions/Allowances
Federal              M 02
Additional amount    15.00
Pennsylvania         S 00
Bristol Township     S 00

Sean N SINCLAIR
3307 Sheldon Avenue
Bristol PA 19007

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Salary | 80.00 | | 3509.62 | 31586.58 |
| AddPayEx | | | 526.44 | 1032.60 |
| Insur50K | | | 1.74 | 14.86 |
| ESPPDisc | | | 157.65 | 157.65 |
| AIP-M | | | | 3850.00 |
| Gross Pay | | | 4036.06 | 36969.18 |

**Pretax deductions**

| | | | | |
|---|---|---|---|---|
| Medical EE pre-tax | | | 156.00- | 1404.00- |
| Dental EE pre-tax | | | 8.31- | 74.79- |
| Vision EE pre-tax | | | 4.78- | 43.02- |
| Opt EE AD&D pre-tax | | | 1.77- | 15.63- |
| Spouse AD&D pre-tax | | | 1.33- | 11.72- |
| Fidelity 401k EE pre-tax | | | 282.52- | 1999.36- |

**Taxes**

| | | | | |
|---|---|---|---|---|
| Federal Withholding Tax | | | 410.06- | 3696.24- |
| Social Security Tax | | | 249.45- | 2206.74- |
| Medicare Tax | | | 58.34- | 516.09- |
| W/H Pennsylvania | | | 123.55- | 1093.06- |
| SUI Pennsylvania | | | 2.52- | 22.29- |
| W/H Bucks/Bristol Township | | | 20.12- | 178.02- |
| LST Bucks/Bristol Township | | | 2.00- | 18.00- |

**Other deductions**

| | | | | |
|---|---|---|---|---|
| Optional EE Life aft-tax | | | 8.62- | 75.93- |
| Spouse Life after-tax | | | 9.29- | 81.96- |
| UW of Bucks Co - Bristol | | | 6.00- | 24.00- |
| 2018 Stock Loan Deduction | | | 97.04- | 97.04- |
| 401K Loan Deduction Fid | | | 53.89- | 485.01- |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| 401K Loan Deducti | 154.75- | 1392.75- |
| 2016 Stock Loan D | | 706.06- |

**Other benefits**

| | | |
|---|---|---|
| Fidelity 401k ER | 161.44 | 1478.73 |

**Gross to net data**

| | | |
|---|---|---|
| Earnings | 4036.06 | 36469.18 |
| Pre-tax deduction | 454.71- | 3548.52- |
| Taxes | 866.04- | 7730.44- |
| Other deductions | 329.59- | 2862.75- |
| Net pay | 2385.72 | 22827.47 |

**Taxable earnings summary**

| | | |
|---|---|---|
| W/H Federal | 3740.74 | 33593.17 |
| W/H Pennsylvania | 4024.62 | 35605.02 |
| W/H Bristol Towns | 4024.62 | 35605.02 |
| Soc Security Tax | 4023.26 | 35592.53 |
| Medicare Tax | 4023.26 | 35592.53 |
| SUI Pennsylvania | 4195.45 | 37141.69 |
| LST Bristol Towns | 3498.18 | 30722.42 |

© 2002 AutomaticData Processing (PCSUVO)



Arkema Inc
900 First Avenue   Building 4
King of Prussia   PA   19406

Advice Number:   0001181032
Advice Date:     05/04/2018

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Sean N SINCLAIR | XXXXXX3697 | 80.00 |
| | XXX4012 | 339.00 |
| | XXXXXX6792 | 1966.72 |

THIS IS NOT A CHECK



```
CO       File #         000000-000000
PCSC40  000015107
```

# Earnings Statement

**ARKEMA**

Arkema Inc
900 First Avenue   Building 4
King of Prussia   PA   19406

Page 001 of 001
Period Ending:     04/18/2018
Advice Date:       04/20/2018
Advice Number:     0001174705
Batch Number:      000000000605

Sean N SINCLAIR
3307 Sheldon Avenue
Bristol PA 19007

| Exemptions/Allowances | |
|---|---|
| Federal | M 02 |
| Additional amount | 15.00 |
| Pennsylvania | S 00 |
| Bristol Township | S 00 |

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Salary | | 80.00 | 3509.62 | 28076.96 |
| Insur50K | | | 1.74 | 13.12 |
| AddPayEx | | | | 506.16 |
| AIP-M | | | | 3850.00 |
| **Gross Pay** | | | **3509.62** | **32933.12** |

**Pretax deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Medical EE pre-tax | 156.00- | 1248.00- |
| Dental EE pre-tax | 8.31- | 66.48- |
| Vision EE pre-tax | 4.78- | 38.24- |
| Opt EE AD&D pre-tax | 1.77- | 13.86- |
| Spouse AD&D pre-tax | 1.33- | 10.39- |
| Fidelity 401k EE pre-tax | 245.67- | 1716.84- |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Federal Withholding Tax | 279.74- | 3286.18- |
| Social Security Tax | 207.02- | 1957.29- |
| Medicare Tax | 48.41- | 457.75- |
| W/H Pennsylvania | 102.55- | 969.51- |
| SUI Pennsylvania | 2.11- | 19.77- |
| W/H Bucks/Bristol Township | 16.70- | 157.90- |
| LST Bucks/Bristol Township | 2.00- | 16.00- |

**Other deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Optional EE Life aft-tax | 8.62- | 67.31- |
| Spouse Life after-tax | 9.29- | 72.67- |
| UW of Bucks Co - Bristol | 6.00- | 18.00- |
| 2016 Stock Loan Deduction | 88.28- | 706.06- |
| 401K Loan Deduction Fid | 53.89- | 431.12- |
| 401K Loan Deduction UFid | 154.75- | 1238.00- |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Fidelity 401k ER | 140.38 | 1317.29 |

**Gross to net data**

| | This Period | Year-to-Date |
|---|---|---|
| Earnings | 3509.62 | 32433.12 |
| Pre-tax deduction | 417.86- | 3093.81- |
| Taxes | 658.53- | 6864.40- |
| Other deductions | 320.83- | 2533.16- |
| Net pay | 2112.40 | 20441.75 |

**Taxable earnings summary**

| | This Period | Year-to-Date |
|---|---|---|
| W/H Federal | 3093.50 | 29852.43 |
| W/H Pennsylvania | 3340.53 | 31580.40 |
| W/H Bristol Towns | 3340.53 | 31580.40 |
| Soc Security Tax | 3339.17 | 31569.27 |
| Medicare Tax | 3339.17 | 31569.27 |
| SUI Pennsylvania | 3511.36 | 32946.24 |
| LST Bristol Towns | 3340.53 | 27224.24 |

© 2002 Automatic Data Processing (PCSUVO)

**ARKEMA**

Arkema Inc
900 First Avenue   Building 4
King of Prussia   PA   19406

Advice Number:   0001174705
Advice Date:     04/20/2018



THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Sean N SINCLAIR | XXXXXX3697 | 80.00 |
| | XXX4012 | 339.00 |
| | XXXXXX6792 | 1693.40 |