

| CO | File # | 000000-000000 |
|---|---|---|
| PCSC40 | 000015107 | |

# Earnings Statement

**ARKEMA**

*Arkema Inc*
*900 First Avenue   Building 4*
*King of Prussia PA 19406*

Page 001 of 001
Period Ending:    07/25/2018
Advice Date:      07/27/2018
Advice Number:    0001219554
Batch Number:     000000000621

Exemptions/Allowances
Federal                M 02
Additional amount      15.00
Pennsylvania           S 00
Bristol Township       S 00

Sean N SINCLAIR
3307 Sheldon Avenue
Bristol PA 19007

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Salary | | 80.00 | 3509.62 | 52644.30 |
| Insur50K | | | 1.74 | 25.30 |
| ESPPDisc | | | 157.65 | 1103.55 |
| FrESPPIm | | | 126.63 | 759.78 |
| AddPayEx | | | | 2919.01 |
| AIP-M | | | | 3850.00 |
| Gross Pay | | | 3509.62 | 59913.31 |

**Pretax deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Medical EE pre-tax | 156.00- | 2340.00- |
| Dental EE pre-tax | 8.31- | 124.65- |
| Vision EE pre-tax | 4.78- | 71.70- |
| Opt EE AD&D pre-tax | 1.77- | 26.25- |
| Spouse AD&D pre-tax | 1.33- | 19.70- |
| Fidelity 401k EE pre-tax | | 2831.57- |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Federal Withholding Tax | 356.00- | 6147.39- |
| Social Security Tax | 224.66- | 3671.62- |
| Medicare Tax | 52.54- | 858.68- |
| W/H Pennsylvania | 111.28- | 1818.65- |
| SUI Pennsylvania | 2.28- | 37.08- |
| W/H Bucks/Bristol Township | 18.12- | 296.18- |
| LST Bucks/Bristol Township | 2.00- | 30.00- |

**Other deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Optional EE Life aft-tax | 8.62- | 127.65- |
| Spouse Life after-tax | 9.29- | 137.70- |
| UW of Bucks Co - Bristol | 3.00- | 45.00- |
| 2018 Stock Loan Deduction | 97.04- | 679.28- |

**Other Benefits and Information**

| | This Period | Year-to-Date |
|---|---|---|
| 401K Loan Deducti | 53.89- | 808.35- |
| 401K Loan Deducti | 154.75- | 2321.25- |
| 2016 Stock Loan D | | 706.06- |

**Other benefits**

| | This Period | Year-to-Date |
|---|---|---|
| Fidelity 401k ER | | 1954.27 |
| 401k non-union 5% | | 2618.38 |

**Gross to net data**

| | This Period | Year-to-Date |
|---|---|---|
| Earnings | 3509.62 | 59413.31 |
| Pre-tax deduction | 172.19- | 5413.87- |
| Taxes | 766.88- | 12859.60- |
| Other deductions | 326.59- | 4825.29- |
| Net pay | 2243.96 | 36814.55 |

**Taxable earnings summary**

| | This Period | Year-to-Date |
|---|---|---|
| W/H Federal | 3623.45 | 56388.07 |
| W/H Pennsylvania | 3624.81 | 59240.29 |
| W/H Bristol Towns | 3624.81 | 59240.29 |
| Soc Security Tax | 3623.45 | 59219.64 |
| Medicare Tax | 3623.45 | 59219.64 |
| SUI Pennsylvania | 3795.64 | 61801.94 |
| LST Bristol Towns | 3498.18 | 51711.50 |

© 2002 Automatic Data Processing (PCSUVO)

**ARKEMA**
*Arkema Inc*
*900 First Avenue   Building 4*
*King of Prussia PA 19406*

Advice Number:    0001219554
Advice Date:      07/27/2018

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Sean N SINCLAIR | XXXXXX3697 | 80.00 |
| | XXX4012 | 100.00 |
| | XXXXXX6792 | 2063.96 |