# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-14703-ELF

SEAN N SINCLAIR
CLAIRE S SINCLAIR
3307 SHELDON AVENUE

BRISTOL, PA 19007

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    SEAN N SINCLAIR
    CLAIRE S SINCLAIR
    3307 SHELDON AVENUE

    BRISTOL, PA 19007

**Counsel for debtor(s), by electronic notice only.**
    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                    /s/ William C. Miller

Date: 9/20/2018

                                          _____
                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee