# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-14703-ELF

SEAN N SINCLAIR
CLAIRE S SINCLAIR
3307 SHELDON AVENUE

BRISTOL, PA 19007

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SEAN N SINCLAIR
    CLAIRE S SINCLAIR
    3307 SHELDON AVENUE

    BRISTOL, PA 19007

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

Date: 10/18/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee