United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sean N. Sinclair  
Claire S. Sinclair  
     Debtors

Case No. 18-14703-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Lisa      Page 1 of 1      Date Rcvd: Dec 04, 2019  
                            Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2019.  
14265467       Flagstar Bank, FSB,   P.O. Box 660263,   Dallas, TX 75266-0263

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2019 at the address(es) listed below:  
          MARIO J. HANYON   on behalf of Creditor    Flagstar Bank, FSB paeb@fedphe.com  
          PAUL H. YOUNG   on behalf of Debtor Sean N. Sinclair support@ymalaw.com,   ykaecf@gmail.com,  
           paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com  
          PAUL H. YOUNG    on behalf of Joint Debtor Claire S. Sinclair support@ymalaw.com,  
           ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com  
          REBECCA ANN SOLARZ   on behalf of Creditor   Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com  
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   Pingora Loan Servicing, LLC paeb@fedphe.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                  TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-14703-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Sean N. Sinclair  
3307 Sheldon Avenue  
Bristol PA 19007

Claire S. Sinclair  
3307 Sheldon Avenue  
Bristol PA 19007

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/03/2019.

Name and Address of Alleged Transferor(s):

Claim No. 8: Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263

Name and Address of Transferee:

Pingora Loan Servicing, LLC C/O Flagstar Bank FSB  
5151 Corporate Drive  
Troy, MI 48098

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/06/19

Tim McGrath  
**CLERK OF THE COURT**