**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 18-14703** |
| **Sean N. Sinclair** | : | **Chapter 13** |
| **Claire S. Sinclair AKA Claire S. Zahirny** | : | **Judge Eric L. Frank** |
| | : | * * * * * * * * * * * * * * * * * * * |
| Debtor(s) | : | |
| | : | |
| **MidFirst Bank** | : | **Date and Time of Hearing** |
| Movant, | : | _____ |
| | : | |
| vs | : | **Place of Hearing** |
| | : | **U.S. Bankruptcy Court** |
| **Sean N. Sinclair** | : | **900 Market Street, Courtroom #1** |
| **Claire S. Sinclair AKA Claire S. Zahirny** | : | **Philadelphia, PA, 19107** |
| | : | |
| **William C. Miller** | : | |
| Respondents. | | **Related Document #** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for MidFirst Bank, its

successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in

this case to the undersigned at the address below.

Respectfully submitted,

/s/ Karina Velter
_____
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

20-006857_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 18-14703** |
| **Sean N. Sinclair** | : | **Chapter 13** |
| **Claire S. Sinclair AKA Claire S. Zahirny** | : | **Judge Eric L. Frank** |
| | : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| Debtor(s) | : | |
| | : | |
| **MidFirst Bank** | : | **Date and Time of Hearing** |
| Movant, | : | _____ |
| vs | : | |
| | : | **Place of Hearing** |
| **Sean N. Sinclair** | : | **U.S. Bankruptcy Court** |
| **Claire S. Sinclair AKA Claire S. Zahirny** | : | **900 Market Street, Courtroom #1** |
| | : | **Philadelphia, PA, 19107** |
| **William C. Miller** | : | |
| Respondents. | : | **Related Document #** |

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and

Request for Notices was filed electronically.  Notice of this filing will be sent to the following

parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, ecfemails@ph13trustee.com

Paul H. Young, Attorney for Sean N. Sinclair and Claire S. Sinclair AKA Claire S. Zahirny,
support@ymalaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

Mail to the following:

Sean N. Sinclair and Claire S. Sinclair AKA Claire S. Zahirny, 3307 Sheldon Avenue, Bristol,
PA  19007

/s/ Karina Velter
_____

20-006857_PS