**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-14703** |
| **Sean N. Sinclair** | : | **Chapter 13** |
| **Claire S. Sinclair AKA Claire S. Zahirny** | : | **Judge Eric L. Frank** |
| | : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **MidFirst Bank** | : | **Date and Time of Hearing** |
| Movant, | : | **May 19, 2020 at 09:30 a.m.** |
| vs | : | |
| | : | **Place of Hearing** |
| **Sean N. Sinclair** | : | **U.S. Bankruptcy Court** |
| **Claire S. Sinclair AKA Claire S. Zahirny** | : | **900 Market Street, Courtroom #1** |
| | : | **Philadelphia, PA, 19107** |
| **William C. Miller** | : | |
| Respondents. | | **Related Document # 47** |

## ORDER OF COURT

AND NOW, to wit, this  29th  day of           June           , 2020, upon consideration of the parties' Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay (Doc. # 53), it is hereby **ORDERED** that the Stipulation is **APPROVED**.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**