```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:  
Sean N. Sinclair  
Claire S. Sinclair  
    Debtors

Case No. 18-14703-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Jun 29, 2020  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2020.  
db/jdb        +Sean N. Sinclair,    Claire S. Sinclair,    3307 Sheldon Avenue,    Bristol, PA 19007-6725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2020 at the address(es) listed below:

         JEROME B. BLANK    on behalf of Creditor    Pingora Loan Servicing, LLC paeb@fedphe.com  
         KARINA VELTER    on behalf of Creditor    MidFirst Bank amps@manleydeas.com  
         MARIO J. HANYON    on behalf of Creditor    Flagstar Bank, FSB paeb@fedphe.com  
         PAUL H. YOUNG    on behalf of Debtor Sean N. Sinclair support@ymalaw.com,    ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com  
         PAUL H. YOUNG    on behalf of Joint Debtor Claire S. Sinclair support@ymalaw.com, ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com  
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    Pingora Loan Servicing, LLC paeb@fedphe.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                   TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | Case No.: 18-14703 |
| **Sean N. Sinclair** : | Chapter 13 |
| **Claire S. Sinclair AKA Claire S. Zahirny** : | Judge Eric L. Frank |
| : | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | |
| : | |
| **MidFirst Bank** : | Date and Time of Hearing |
| **Movant,** : | May 19, 2020 at 09:30 a.m. |
| vs : | |
| : | Place of Hearing |
| **Sean N. Sinclair** : | U.S. Bankruptcy Court |
| **Claire S. Sinclair AKA Claire S. Zahirny** : | 900 Market Street, Courtroom #1 |
| : | Philadelphia, PA, 19107 |
| **William C. Miller** : | |
| **Respondents.** | Related Document # 47 |

## ORDER OF COURT

AND NOW, to wit, this  29th  day of _____June_____, 2020, upon consideration of the parties' Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay (Doc. # 53), it is hereby **ORDERED** that the Stipulation is **APPROVED**.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**