**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : Case No.: 18-14703 |
| **Sean N. Sinclair** | : Chapter 13 |
| **Claire S. Sinclair AKA Claire S. Zahirny** | : Judge Eric L. Frank |
| | : * * * * * * * * * * * * * * * * * * * |
| Debtor(s) | |
| | : |
| **MidFirst Bank** | : Date and Time of Hearing |
| Movant, | : April 21, 2020 at 09:30 a.m. |
| vs | : |
| | : Place of Hearing |
| **Sean N. Sinclair** | : U.S. Bankruptcy Court |
| **Claire S. Sinclair AKA Claire S. Zahirny** | : 900 Market Street, Courtroom #1 |
| | : Philadelphia, PA, 19107 |
| **William C. Miller** | : |
| Respondents. | Related Document # 47 |

## ORDER OF COURT

AND NOW, to wit, this  8th  day of  October , 2020, upon consideration of the parties' Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay (Doc. # 53) , it is hereby **ORDERED** that the Stipulation is **APPROVED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105 (notified by ecf)

Paul H. Young, Attorney for Debtor, Young, Marr & Associates, 3554 Hulmeville Road, Suite 102, Bensalem, PA  19020 (notified by ecf)

Sean N. Sinclair and Claire S. Sinclair AKA Claire S. Zahirny, Debtor, 3307 Sheldon Avenue, Bristol, PA  19007 (notified by regular US Mail)