United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-14703-elf |
| Sean N. Sinclair | Chapter 13 |
| Claire S. Sinclair | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: PaulP | Page 1 of 2 |
| Date Rcvd: Oct 08, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sean N. Sinclair, Claire S. Sinclair, 3307 Sheldon Avenue, Bristol, PA 19007-6725 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Claire S. Sinclair, 3307 Sheldon Avenue, Bristol, PA 19007-6725 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 10, 2020          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2020 at the address(es) listed below:

**Name**                **Email Address**

JEROME B. BLANK
                   on behalf of Creditor Pingora Loan Servicing  LLC paeb@fedphe.com

KARINA VELTER
                   on behalf of Creditor MidFirst Bank amps@manleydeas.com

MARIO J. HANYON
                   on behalf of Creditor Flagstar Bank  FSB paeb@fedphe.com

PAUL H. YOUNG
                   on behalf of Debtor Sean N. Sinclair support@ymalaw.com
                   ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: PaulP | Page 2 of 2 |
| Date Rcvd: Oct 08, 2020 | Form ID: pdf900 | Total Noticed: 1 |

PAUL H. YOUNG
on behalf of Joint Debtor Claire S. Sinclair support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com

REBECCA ANN SOLARZ
on behalf of Creditor Pingora Loan Servicing  LLC bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG
on behalf of Creditor Pingora Loan Servicing  LLC paeb@fedphe.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 18-14703 |
| **Sean N. Sinclair** | : | Chapter 13 |
| **Claire S. Sinclair AKA Claire S. Zahirny** | : | Judge Eric L. Frank |
| | : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **MidFirst Bank** | : | Date and Time of Hearing |
| **Movant,** | : | April 21, 2020 at 09:30 a.m. |
| vs | : | |
| | : | Place of Hearing |
| **Sean N. Sinclair** | : | U.S. Bankruptcy Court |
| **Claire S. Sinclair AKA Claire S. Zahirny** | : | 900 Market Street, Courtroom #1 |
| | : | Philadelphia, PA, 19107 |
| **William C. Miller** | : | |
| **Respondents.** | | Related Document # 47 |

## ORDER OF COURT

AND NOW, to wit, this __8th__ day of __October__, 2020, upon consideration of the parties' Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay (Doc. # 53), it is hereby **ORDERED** that the Stipulation is **APPROVED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105 (notified by ecf)

Paul H. Young, Attorney for Debtor, Young, Marr & Associates, 3554 Hulmeville Road, Suite 102, Bensalem, PA  19020 (notified by ecf)

Sean N. Sinclair and Claire S. Sinclair AKA Claire S. Zahirny, Debtor, 3307 Sheldon Avenue, Bristol, PA  19007 (notified by regular US Mail)