# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Sean N. Sinclair** | : | Case No.: 18-14703 |
| **Claire S. Sinclair AKA Claire S.** | : | **Chapter 13** |
| **Zahirny** | : | Judge Eric L. Frank |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **MidFirst Bank** ("Creditor"). **Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

20-006857_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 18-14703** |
| **Sean N. Sinclair** | : **Chapter 13** |
| **Claire S. Sinclair AKA Claire S. Zahirny** | : **Judge Eric L. Frank** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **MidFirst Bank** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **Sean N. Sinclair** | : |
| **Claire S. Sinclair AKA Claire S. Zahirny** | : |
| | : |
| **William C. Miller, Esq.** | : |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

Paul H. Young, Attorney for Sean N. Sinclair and Claire S. Sinclair AKA Claire S. Zahirny, Young, Marr & Associates, 3554 Hulmeville Road, Suite 102, Bensalem, PA  19020, support@ymalaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 8, 2021:

Sean N. Sinclair and Claire S. Sinclair AKA Claire S. Zahirny, 3307 Sheldon Avenue, Bristol, PA  19007

DATE: March 8, 2021

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)

20-006857_PS

Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

20-006857_PS