**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | SEAN SINCLAIR | : CHAPTER 13 |
| | CLAIRE SINCLAIR | : |
| | Debtor(s) | : BANKRUPTCY NO. 18-14703 |

**O R D E R**

      **AND NOW**, upon consideration of the Motion to Modify Plan *("the Motion")*, and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The Request For an Expedited Hearing **GRANTED.**

2. A hearing to consider the Motion shall be and hereby is scheduled on  March 23, 2021 , at  1:00 p.m. , **in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 1, Philadelphia, Pennsylvania, 19107.**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the the case Trustee all secured creditors and all priority creditors by first class mail mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on March 12, 2021**.

5. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: 3/10/21

                                                                ERIC L. FRANK
                                                                 U.S. BANKRUPTCY JUDGE