# U.S. BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  SEAN SINCLAIR           :   CHAPTER 13
        CLAIRE SINCLAIR          :
        Debtor(s)                :   BANKRUPTCY NO. 18-14703

## CERTIFICATE OF SERVICE

    I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtors in the above-captioned matter and that I have sent copies of the Order scheduling an Expedited Hearing on Debtor's Motion to Modify Plan, as well as copies of the Motion, to the parties listed and in the manner indicated below:

                                              /s/Paul H. Young
                                              PAUL H. YOUNG, ESQUIRE
                                              Attorney for Debtors
                                              3554 Hulmeville Road, Suite 102
                                              Bensalem, PA 19020
                                              P: 215-639-5297
                                              F: 215-639-1344
                                              support@ymalaw.com

Dated: March 10, 2021

(via email)
Trustee William Miller
elf@ph13trustee.com

(via email)
MidFirst Bank
Sarah E. Barngrover, Esq.
sebarngrover@manleydeas.com

(first-class mail)
CVI SGP-CO Acquisition Trust
c/o Resurgent Capital Services
PO BOX 10675
Greenville, SC 29603-0675

Debtor