# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 18-14703** |
| **Sean N. Sinclair** | : **Chapter 13** |
| **Claire S. Sinclair AKA Claire S. Zahirny** | : **Judge Eric L. Frank** |
| | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **MidFirst Bank** | : |
| **Movant,** | : **Related Document # 47, 56, 57** |
| vs | : |
| | : |
| **Sean N. Sinclair** | : |
| **Claire S. Sinclair AKA Claire S. Zahirny** | : |
| | : |
| **Kenneth E. West** | : |
| **Respondents.** | |

## ORDER OF COURT

AND NOW, this 19th day of October, 2022, upon consideration of the foregoing Second Amended Stipulation for Settlement of Creditor's Motion for Relief from the Automatic Stay(Doc. # 73), it is hereby **ORDERED** that the Second Amended Stipulation is **APPROVED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**