# EXHIBIT B

# Time Record



# Young Marr Mallis and Associates

3554 Hulmeville Road Suite 102
Bensalem, PA 19020
United States

Sean & Claire Sinclair
3307 Sheldon Avenue
Bristol, PA 19007

## 06357-Sinclair

## Chapter 13 Bankruptcy

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 03/09/2021 | py | BK: Supp Fee: Preparing and filing motion to modify debtors' chapter 13 plan post-confirmation. Preparing motion to expedite hearing on the same. Amending debtors' chapter 13 plan to extend the commitment period beyond 60 months. | 4.50 | $250.00 | $1,125.00 |

|  |  |
|---|---|
| **Quantity Subtotal** | 4.5 |
| **Quantity Total** | 4.5 |
| **Subtotal** | $1,125.00 |
| **Invoice Discount** | -$625.00 |
| **Total** | $500.00 |