# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                          Chapter 13

                          Bankruptcy No. 18-14703-amc

SEAN N SINCLAIR
CLAIRE S SINCLAIR
3307 SHELDON AVENUE

BRISTOL, PA 19007

      Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

      SEAN N SINCLAIR
      CLAIRE S SINCLAIR
      3307 SHELDON AVENUE

      BRISTOL, PA 19007

Counsel for debtor(s), by electronic notice only.

      PAUL H YOUNG, ESQ
      3554 HULMEVILLE RD
      SUITE 102
      BENSALEM, PA 19020-

Date: 3/23/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee