**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 18-14703** |
| **Sean N. Sinclair** | : | **Chapter 13** |
| **Claire S. Sinclair** | : | **Judge Ashely M. Chan** |
| | : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| **Debtor(s)** | : | |
| | : | |
| **MidFirst Bank** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| | : | **April 21, 2020 at 09:30 a.m.** |
| **vs** | : | |
| | : | |
| **Sean N. Sinclair** | : | **U.S. Bankruptcy Court** |
| **Claire S. Sinclair** | : | **900 Market Street, Suite 400, Courtroom #4** |
| **Kenneth E. West** | : | **Philadelphia, PA, 19107** |
| **Respondents.** | : | |

## ORDER OF COURT

AND NOW, this __24th__ day of __April__, 2023, upon consideration of the Certification of Default filed by MidFirst Bank ("Creditor"), it is hereby **ORDERED,** that the Automatic Stay be and hereby is terminated as it affects the interest of Creditor in and to the property located at 3307 Sheldon Avenue, Bristol, PA 19007 and more particularly described in the Mortgage, recorded October 28, 2014, at Instrument Number 2014059627.

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:
Adam B. Hall, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

20-006857_SCS2

Kenneth E. West, Chapter 13 Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA 19107, ecfemails@ph13trustee.com (notified by ecf)

Paul H. Young, Attorney for Debtor, 3554 Hulmeville Rd., Ste 102, Bensalem, PA  19020, support@ymalaw.com (notified by ecf)

Sean N. Sinclair and Claire S. Sinclair, Debtor, 3307 Sheldon Avenue, Bristol, PA  19007 (notified by regular US Mail)