United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 18-14703-amc

Sean N. Sinclair                                                                              Chapter 13

Claire S. Sinclair

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 24, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2023:**

**Recip ID**            **Recipient Name and Address**
db/jdb           + Sean N. Sinclair, Claire S. Sinclair, 3307 Sheldon Avenue, Bristol, PA 19007-6725

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2023           Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor MidFirst Bank amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor MidFirst Bank amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor Pingora Loan Servicing  LLC jblank@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |

Case 18-14703-amc    Doc 95    Filed 04/26/23    Entered 04/27/23 00:30:36    Desc Imaged
Certificate of Notice    Page 2 of 4

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Apr 24, 2023                       Form ID: pdf900                                Total Noticed: 1

MARIO J. HANYON
          on behalf of Creditor Flagstar Bank  FSB wbecf@brockandscott.com, mario.hanyon@brockandscott.com

PAUL H. YOUNG
          on behalf of Debtor Sean N. Sinclair support@ymalaw.com
          ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
          ,lesliebrown.paralegal@gmail.com

PAUL H. YOUNG
          on behalf of Joint Debtor Claire S. Sinclair support@ymalaw.com
          ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
          ,lesliebrown.paralegal@gmail.com

THOMAS SONG
          on behalf of Creditor Pingora Loan Servicing  LLC tomysong0@gmail.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-14703** |
| **Sean N. Sinclair** | : | **Chapter 13** |
| **Claire S. Sinclair** | : | **Judge Ashely M. Chan** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | | |
| | : | |
| **MidFirst Bank** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| | : | **April 21, 2020 at 09:30 a.m.** |
| **vs** | : | |
| | : | |
| **Sean N. Sinclair** | : | **U.S. Bankruptcy Court** |
| **Claire S. Sinclair** | : | **900 Market Street, Suite 400, Courtroom #4** |
| **Kenneth E. West** | : | **Philadelphia, PA, 19107** |
| **Respondents.** | : | |

**ORDER OF COURT**

AND NOW, this __24th__ day of __April_____, 2023, upon consideration of the Certification of Default filed by MidFirst Bank ("Creditor"), it is hereby **ORDERED,** that the Automatic Stay be and hereby is terminated as it affects the interest of Creditor in and to the property located at 3307 Sheldon Avenue, Bristol, PA 19007 and more particularly described in the Mortgage, recorded October 28, 2014, at Instrument Number 2014059627.

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Adam B. Hall, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

20-006857_SCS2

Kenneth E. West, Chapter 13 Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA 19107, ecfemails@ph13trustee.com (notified by ecf)

Paul H. Young, Attorney for Debtor, 3554 Hulmeville Rd., Ste 102, Bensalem, PA  19020, support@ymalaw.com (notified by ecf)

Sean N. Sinclair and Claire S. Sinclair, Debtor, 3307 Sheldon Avenue, Bristol, PA  19007 (notified by regular US Mail)

20-006857_SCS2