## U.S. BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   SEAN SINCLAIR        :   CHAPTER 13
                              :
         Debtor(s)            :   BANKRUPTY NO. 18-14703

### PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw the above debtor's **Motion to Modify the confirmed Chapter 13 Plan**, (**Doc. 80**) filed by YOUNG, MARR & ASSOCIATES as the debtor no longer wishes to proceed.

/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020

Date: May 2, 2023