**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


IN RE:    **SEAN  SINCLAIR**        :        **CHAPTER 13**
        **CLAIRE SINCLAIR**        :
        **Debtor(s)**        :        **BANKRUPTY NO. 18-14703**


## ORDER TO ALLOW SUPPLEMENTAL APPLICATION FOR COMPENSATION

AND NOW, this 30th day of May , 2023, upon consideration of the foregoing Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed after Confirmation of Chapter 13 Plan, and upon Notice, Opportunity for Hearing and Certification of No Objection, counsel fees are allowed in the following amount:

Counsel fee:   **$500.00**

The amount paid is for counsel's handling of Debtors matters as outlined in the Supplemental Application for Compensation.

Date:_____

_____
J.

Suggested copies:

U.S. Trustee's Office

Kenneth E. West

All Creditors on Matrix

Debtor